## NATIONAL DAIRY PRODUCTS CORP. *v.* UNITED STATES.

No. 758.   Decided June 20, 1966.

*John T. Chadwell, Richard W. McLaren* and *Martin J. Purcell* for petitioner.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro* and *Raymond P. Hernacki* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted.   The judgment is vacated and the case is remanded for further consideration in light of *Dennis* v. *United States, ante,* p. 855.

## AMERICAN CANYON COUNTY WATER DISTRICT *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.

No. 1215.   Decided June 20, 1966.

*Boris H. Lakusta* for appellant.

*Mary Moran Pajalich* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.